**Order entered August 9, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00850-CV

### IN THE INTEREST OF C.R.E. AND C.E., CHILDREN

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 1-17-0149**

## ORDER

This is an accelerated appeal from an order terminating appellant's parental rights as petitioned for by appellee, the mother of the children. The clerk's record contains "Defendant's Financial Affidavit" filed on May 2, 2018. In the affidavit, appellant states he is providing the information "as part of my application for a court appointed attorney." The clerk's record does not contain an order appointing an attorney and appellant appeared pro se at trial. Appellant is presumed indigent and is entitled to proceed without prepayment of costs. *See* TEX. R. APP. P. 20.1. Appellant is currently incarcerated. In his notice of appeal, appellant states that he cannot afford a lawyer.

Texas Family Code section 107.021 provides that, in a suit in which the best interests of a child are at issue, other than a suit filed by a governmental entity requesting termination of the parent-child relationship or appointment of the entity as conservator of the child, the trial court may appoint an attorney ad litem. *See* TEX. FAM. CODE ANN. § 107.021(a) (West 2014).

Accordingly, on the Court's own motion, we **ORDER** the trial court to conduct a hearing, **WITHIN TWENTY DAYS** of the date of this order, and determine whether or not to appoint counsel for appellant. The trial court shall make written findings as to whether to appoint counsel for appellant and, if counsel is appointed, the contact information for counsel. We **ORDER** the trial court to transmit to this Court, **WITHIN TWENTY-FIVE DAYS** of the date of this order, the reporter's record from the hearing and a supplemental clerk's record containing the trial court's written findings of fact and any order appointing counsel.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Brett Hall, Presiding Judge of the 382nd Judicial District Court, Lea Carlson, Rockwall County District Clerk, Linda Kaiser, Official Court Reporter for the 382nd Judicial District Court, and all parties.

We **ABATE** this appeal to allow the trial court to comply with this order. The appeal will be reinstated thirty days from the date of this order or when the requested supplemental records are received, whichever occurs sooner.

/s/　　CAROLYN WRIGHT
　　　　CHIEF JUSTICE